## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA



CURT CARLSON,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

**CV 08  CRB 1558**

TO: (Name and address of defendant)
Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi - Bar No. 36603
J. Paul Sizemore - Bar No. 254981
V. Andre Sherman - Bar No. 198684
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 2 0 2008

Richard W. Wieking                    DATE
CLERK

HELEN L. ALMACEN

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE ||
| Name of SERVER | TITLE ||

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                         Signature of Server

                                          _____
                                          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



CURT CARLSON,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

**CV 08 1558 CRB**

TO: (Name and address of defendant)

Pharmacia Corporation
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi - Bar No. 36603
J. Paul Sizemore - Bar No. 254981
V. Andre Sherman - Bar No. 198684
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 2 0 2008

Richard W. Wieking                                   DATE
CLERK

HELEN L. ALMACEN

(BY) DEPUTY CLERK

NDCAO440

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



CURT CARLSON,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

**CV 08    1558    CRB**

TO: (Name and address of defendant)
G.D. Searle LLC, (FKA G.D. Searle & Co.)
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi - Bar No. 36603
J. Paul Sizemore - Bar No. 254981
V. Andre Sherman - Bar No. 198684
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within  twenty    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 2 0 2008

Richard W. Wieking                                                              DATE _____
CLERK
　　　　　HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK

NDCAO440

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.